IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES S. STRINGER,

  Plaintiff,

v.

PITTSBURGH POLICE and OFFICER
DAVID SISAK, and JOHN DOE POLICE
OFFICERS,

  Defendants,

Civil Action No 08-1051

## ORDER OF COURT

And now, this 22nd day of June, 2009, after consideration of the City of Pittsburgh's Motion to Compel Discovery from Plaintiff, it is hereby ORDERED that the Plaintiff produce Answers to Defendants' Interrogatories and request for production of documents within ten (10) days.

BY THE COURT:

/s/ Judge Gary L. Lancaster
Judge Gary L. Lancaster